UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KNEITEL,<br><br>                           Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES (DCAS); LISETTE CAMILO, COMMISSIONER OF DCAS; KATRINA PORTER, DIRECTOR OF LIST MANAGEMENT AND AUDIT; MICHAEL REYES, DCAS ASSOCIATE GENERAL COUNSEL; JOHN DOE DCAS EXAMINER; JANE DOE DCAS EXAMINER,<br><br>                           Defendants. | 22 Civ. 2047 (LGS)<br><br>ORDER OF SERVICE |

LORNA G. SCHOFIELD, United States District Judge:

Plaintiff brings this *pro se* action, for which the filing fee has been paid, asserting claims under 42 U.S.C. § 1983.

The Clerk of Court is directed to issue summonses as to Defendants City of New York; the New York City Department of Citywide Administrative Services (DCAS); DCAS Commissioner Lisette Camilo; Katrina Porter, DCAS Director of List Management and Audit; and Michael Reyes, DCAS Associate General Counsel. Plaintiff is directed to serve the summons and complaint on Defendants within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.[1]

---

[1] The Court will address the matter of the Doe defendants at a later stage as necessary.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE