UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                              :
MICHAEL J. KNEITEL,                 :
                     Plaintiff,    :
                                                :                     22 Civ. 2047 (LGS)
            -against-            :
                                                :                        ORDER
COMMISSIONER LISETTE CAMILO, et al.,  :
                     Defendants. :
                                                :
-------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Order dated August 3, 2022, the deadline for Defendants to

file a reply memorandum of law was September 28, 2022, but no such memorandum of law was

filed.  It is hereby

       **ORDERED** that Defendants may, but need not, file a reply memorandum no later than

**September 30, 2022**.  If they do not do so, the motion will be considered fully submitted.

       The Clerk of Court is respectfully directed to mail this Order to the pro se Plaintiff.

Dated: September 29, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**