UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :
 MICHAEL J. KNEITEL,                              :
                                  Plaintiff,      :
                                                  :            22 Civ. 2047 (LGS)
                   -against-                      :
                                                  :                ORDER
 COMMISSIONER LISETTE CAMILO, et al.,             :
                                  Defendants.     :
                                                  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 9, 2023, the Court issued an Opinion & Order (the "Opinion")

granting Defendants' motion to dismiss the Complaint.

WHEREAS, the Opinion stated that Plaintiff "may make a request to amend the

Complaint no later than March 27, 2023," and that if "Plaintiff does not file the letter, the Court

will enter final judgment of dismissal and direct the Clerk of Court to close this case."

WHEREAS, the deadline has passed, and the Court has not received such letter from

Plaintiff.  It is hereby

**ORDERED** that the case is dismissed.

The Clerk of Court is respectfully directed to enter judgment in favor of Defendants, to

close this case and to mail a copy of this Order to the pro se Plaintiff.

Dated: March 31, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE