**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL J. KNEITEL,

                Plaintiff,

-against-                                22 **CIVIL** 2047 (LGS)

**JUDGMENT**

COMMISSIONER LISETTE CAMILO, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2023, and the Court having issued an Opinion & Order on March 9, 2023, granting Defendants' motion to dismiss the Complaint. The Opinion stated that Plaintiff "may make a request to amend the Complaint no later than March 27, 2023," and that if "Plaintiff does not file the letter, the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." The deadline has passed, and the Court has not received such letter from Plaintiff. The case is dismissed; and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2023

                                                          **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                               **Deputy Clerk**