Application **GRANTED**. "Under Federal Rule of Appellate Procedure 4(a)(5), a district court 'may extend the time to file a notice of appeal if . . . th[e] party [seeking an extension] shows excusable neglect or good cause.'" *Alexander v. Saul*, 5 F.4th 139, 142 (2d Cir. 2021) (internal quotation marks omitted) (quoting Fed. R. App. P. 4(a)(5)). "The 'good cause' standard applies when the need for an extension arises from factors outside the control of the movant . . . ." *Id.* Here, Plaintiff has identified factors reasonably outside of his control. Accordingly, there is a basis for finding good cause.

Dated: June 2, 2023
   New York, New York

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

MICHAEL KNEITEL
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 CV 2047 (LGS)(  )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Lisette Camilo et al
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on **3/31/23** but did not file a notice of appeal within the required time period because:

On or about the 6 of April my vehicle was vandalized causing stress and hardship of taking public transportation adding hours to a commute that starts at 2:30 AM and ends at 5:30 PM when I have to fix my car. Then on April 20, 2023 my car was vandalized once again causing extensive damages. I simply had not found any free time to file an appeal.

Dated: May 30 2023

Signature: *[signature]*

Name (Last, First, MI): KNEITEL MICHAEL J

Address: 458 Ocean Parkway -2D   City: Brooklyn   State: NY   Zip Code: 11218

Telephone Number: 561 373 8560

E-mail Address (if available): chessgrandmaster1@hotmail.com

Rev. 12/23/13